IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>INTELLIPHARMACEUTICS CORPORATION,<br>INTELLIPHARMACEUTICS LTD. and<br>PAR PHARMACEUTICAL, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 11-255 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### UNOPPOSED MOTION TO SUBSTITUTE ALKERMES PHARMA IRELAND LIMITED AS PLAINTIFF AND TO CHANGE CAPTION

Whereas ownership of U.S. Patent Nos. 6,228,398 and 6,730,325 (the "patents-in-suit") has been transferred to Alkermes Pharma Ireland Limited, pursuant to Federal Rule of Civil Procedure 25(c) plaintiffs move to:

(1)  Substitute Alkermes Pharma Ireland Limited for Elan Corporation, plc and Elan Pharma International Ltd. as plaintiff in this action; and

(2)  Amend the caption as shown in the attached Exhibit A.

Counsel for all parties have discussed this motion and the motion is not opposed.

                                       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Richard J. Bauer (#4828)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
rbauer@mnat.com
jtigan@mnat.com
   *Attorneys for Plaintiffs*

September 27, 2011

        SO ORDERED this _____ day of _____, 2011.

                                                                    UNITED STATES DISTRICT JUDGE

## **EXHIBIT A – AMENDED CAPTION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALKERMES PHARMA IRELAND LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-255 (SLR) |
| INTELLIPHARMACEUTICS CORPORATION, INTELLIPHARMACEUTICS LTD. and PAR PHARMACEUTICAL, INC., | ) ) ) ) ) | |
| Defendants. | ) | |