IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALKERMES PHARMA IRELAND LIMITED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 11-255 (SLR) ) |
| INTELLIPHARMACEUTICS CORPORATION, INTELLIPHARMACEUTICS LTD. and PAR PHARMACEUTICAL, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION AND ORDER

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, plaintiff, Alkermes Pharma Ireland Limited, and defendants, Intellipharmaceutics Corporation, Intellipharmaceutics Ltd. and Par Pharmaceutical, Inc. (collectively, the "IPC defendants") hereby stipulate and agree that:

The above action, including all claims, counterclaims and affirmative defenses between plaintiffs and the IPC defendants, are dismissed without prejudice, and without costs, disbursements or attorneys' fees to any party.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Steven J. Fineman* |
| Jack B. Blumenfeld (#1014) | Steven J. Fineman (#4025) |
| Maryellen Noreika (#3208) | One Rodney Square |
| Jeremy A. Tigan (#5239) | P.O. Box 551 |
| 1201 N. Market Street | Wilmington, DE 19899 |
| P.O. Box 1347 | (302) 651-7700 |
| Wilmington, DE 19899-1347 | fineman@rlf.com |
| (302) 658-9200 | *Attorneys for Defendants Intellipharmaceutics* |
| jtigan@mnat.com | *Corp., Intellipharmaceutics Ltd. and* |
| *Attorneys for Plaintiff Alkermes Pharma Ireland Limited* | *Par Pharmaceutical, Inc.* |

- 2 -

OF COUNSEL:

Daniel G. Brown
Gina R. Gencarelli
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY  10022-4834
(212) 906-1200
  *Attorneys for Defendant*
  *Par Pharmaceutical, Inc.*

September 4, 2012

      SO ORDERED this ___ day of _____, 2012.

                                            UNITED STATES DISTRICT JUDGE

6334135